IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENDERSON STATE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL HERBS, LLC,<br><br>Defendant. | 4:19CV3070<br><br>MEMORANDUM<br>AND ORDER |

On January 8, 2020, the court stayed this case pending further order of the court and required counsel for the parties to file a joint status report every 180 days informing the court of the status of the Colorado state and federal proceedings that have resulted in the stay in this court. (Filing 19.) Status reports were filed with the court on July 6, 2020 (Filing 22), December 31, 2020 (Filing 23), and July 2, 2021 (Filing 24). Another status report was due on January 3, 2022, but counsel failed to submit it.

IT IS ORDERED that counsel shall file a joint status report within 10 days of the date of this Memorandum and Order informing the court of the status of the Colorado state and federal proceedings that have resulted in the stay in this court and every 180 days thereafter, as instructed in the court's prior Memorandum and Order (Filing 19).

DATED this 12th day of January, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge