IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENDERSON STATE BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL HERBS, LLC,<br><br>    Defendant. | 4:19CV3070<br><br>**JUDGMENT** |

  Pursuant to the parties' Joint Stipulation of Dismissal (Filing 26) and Federal Rule of Civil Procedure 41(a),

  JUDGMENT IS ENTERED providing that this case is dismissed without prejudice, each party to pay their own costs and attorney's fees.

  Dated this 24th day of January, 2022.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge